

SO ORDERED,

**Judge Edward Ellington**
**United States Bankruptcy Judge**
**Date Signed: June 23, 2016**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                          CHAPTER 7
KENNETH HARLAN JENKINS                          CASE NO. 1401542EE

TRUSTMARK NATIONAL BANK

VS.                                                  ADVERSARY NO. 1400053EE

KENNETH HARLAN JENKINS

### FINAL JUDGMENT ON THE
### *SECOND AMENDED COMPLAINT TO DETERMINE*
### *DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523*

Consistent with the Court's opinion dated contemporaneously herewith,

**IT IS THEREFORE ORDERED** that the *Second Amended Complaint to Determine*

*Dischargeability of Debt Pursuant to 11 U.S.C. § 523* is well taken and that the indebtedness owed

to Trustmark National Bank in the amount of $35,765.21 (the loan balance as of July 29, 2014) plus

contract interest from July 29, 2104, is nondischargeable pursuant to 11 U.S.C. § 523(a)(6).

### ##END OF ORDER##

Page 1 of 1